No. 79–681.  SHUFFMAN, EXECUTRIX v. HARTFORD TEXTILE CORP. ET AL., 444 U. S. 1011;

No. 79–810.  KNAPP v. KENTUCKY, 444 U. S. 1018;

No. 79–5305.  NEUMANN v. UNITED STATES, 444 U. S. 1019;

No. 79–5558.  EATON v. NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES, 444 U. S. 1046;

No. 79–5604.  LOCKETT v. BLACKBURN, WARDEN, 444 U. S. 1010; and

No. 79–5627.  SANDERS ET AL. v. TARBUTTON ET AL., 444 U. S. 1023.  Petitions for rehearing denied.

No. 79–5114.  WARREN v. MISSISSIPPI, 444 U. S. 956.  Petition for rehearing denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

MARCH 3, 1980

No. 79–928.  BRIDGEPORT HYDRAULIC CO. ET AL. v. DIVISION OF PUBLIC UTILITY CONTROL OF CONNECTICUT; and

No. 79–936.  NEW HAVEN WATER CO. ET AL. v. DIVISION OF PUBLIC UTILITY CONTROL OF CONNECTICUT.  Appeals from Super. Ct. Conn., Hartford-New Britain Jud. Dist., dismissed for want of substantial federal question.

No. 79–1073.  MUTUAL OF OMAHA INSURANCE CO. v. EGAN.  Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–67.  TRUSTEES OF BOSTON UNIVERSITY v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 1st Cir.  Certiorari granted, judgment vacated, and case remanded for further